Case 4:23-cv-01663   Document 5   Filed on 06/20/23 in TXSD   Page 1 of 2

United States District Court
Southern District of Texas
**ENTERED**
June 20, 2023
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| RONNIE WILSON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:23-CV-01663 |
| | § | |
| U.S. BANK NATIONAL ASSOCIATION, | § | |
| | § | |
| Defendant. | § | |

### ORDER FOLLOWING TELEPHONE SCHEDULING CONFERENCE
### HELD ON June 28, 2023 at 9:00 AM

Appearances:              Waived

The following schedule shall govern the disposition of this case:

| | |
|---|---|
| Initial Disclosures due by: | Completed |
| New parties/class allegations by: | None |
| Discovery to be completed by: | December 20, 2023 |
| Dispositive motions due by: | January 15, 2024 |
| Docket call to be held at 11:30 AM on: | April 1, 2024 |
| Estimated trial time: 8 hours | Bench Trial |

The following rulings were made:

- Discovery may be extended by agreement of the parties without Court intervention. The dispositive motion deadline and docket call dates, however, may not be extended without leave of Court.

- Attorney's fee applications are handled on the papers of the parties after notice.

- Expedited responses are required on all pretrial motions save dispositive motions.

It is so ORDERED.

SIGNED on June 20, 2023, at Houston, Texas.

Kenneth M. Hoyt
United States District Judge